# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moreno, Mark A. | U.S. District Court, D.S.D. | 05/17/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Part-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

419 Federal Building
225 South Pierre Street
Pierre SD 57501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder and President | Moreno, Lee & Bachand, P.C. |
| 2. | Director and President | Neltom Addition Civic & Recreational Association |
| 3. | Member | Ecliptic LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Moreno, Lee & Bachand, P.C. | $107,635.00 |
| 2. | 2015 | Soccer Official | $389.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Avera St. Mary's - Nurse |
| 2. | 2015 | Avera Medical Group Pierre - Nurse |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock - Moreno, Lee & Bachand, P.C. | | None | K | U | | | | | |
| 2. Am. Century Equity, Inc. (RBC) | A | Dividend | J | T | | | | | |
| 3. AMG Yackman (RBC) | B | Dividend | J | T | | | | | |
| 4. Fairhome (RBC) | | None | | | Sold | 03/23/15 | K | | |
| 5. Am. Funds Fundamental Investors (RBC) | A | Dividend | K | T | | | | | |
| 6. Am. Funds Growth Fund America (RBC) | B | Dividend | K | T | | | | | |
| 7. Prime Cap Odyssey | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 8. T. Rowe Price Health Sciences (RBC) | A | Dividend | J | T | | | | | |
| 9. T. Rowe Price Media & Telecommunications (RBC) | A | Dividend | J | T | | | | | |
| 10. T. Rowe Price Mid-Cap Value (RBC) | A | Dividend | J | T | | | | | |
| 11. T. Rowe Price New Horizons (RBC) | A | Dividend | J | T | | | | | |
| 12. Vanguard Dividend Growth (RBC) | A | Dividend | J | T | | | | | |
| 13. Vanguard Growth Index (RBC) | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 14. Am. Funds Cap. World Growth & Inc. (RBC) | A | Dividend | J | T | | | | | |
| 15. Dodge & Cox International Stock (RBC) | A | Dividend | J | T | | | | | |
| 16. Am. Funds New Perspective (RBC) | A | Dividend | J | T | | | | | |
| 17. Oakmark International (RBC) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harbor Bond (RBC) | A | Dividend | J | T | | | | | |
| 19. AMG GW&K Core Bond (RBC) | A | Dividend | J | T | | | | | |
| 20. TCW Total Return Bond (RBC) | A | Dividend | J | T | | | | | |
| 21. Am. Funds Cap. Inc. Bldr. (RBC) | A | Dividend | J | T | | | | | |
| 22. FPA Crescent (RBC) | B | Dividend | K | T | | | | | |
| 23. Janus Balanced (RBC) | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 24. Oakmark Eq. & Inc. (RBC) | B | Dividend | J | T | | | | | |
| 25. T. Rowe Price Cap. Apprec. (RBC) | B | Dividend | K | T | Buy (add'l) | 03/23/15 | J | | |
| 26. T. Rowe Price Personal Strategy (RBC) | A | Dividend | J | T | | | | | |
| 27. T. Rowe Price Retirement 2030 (RBC) | A | Dividend | K | T | | | | | |
| 28. Vanguard Wellesley Inc. (RBC) | A | Dividend | J | T | Buy (add'l) | 03/23/15 | J | | |
| 29. RBC Money Mkt. | A | Interest | J | T | | | | | |
| 30. SD Retirement System (SDRS) (State of SD) | A | Interest | L | T | | | | | |
| 31. Thrift Sav. Acct. (Amer.Funds Investment Co. of Amer.) | C | Dividend | K | T | | | | | |
| 32. SD Retirement System (SDRS) (State of SD) | A | Interest | K | T | | | | | |
| 33. SD Retirement System Supp. Retirement Plan (State of SD) | A | Interest | J | T | | | | | |
| 34. Common Stock (Amern Strategic Inc. Port III) n/k/a Div. RA Inc. Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Fund Stock (Amer. Funds Fundamental Investors) | B | Dividend | K | T | | | | | |
| 36. Mutual Fund Stock (Amer. Funds Growth Fund of America) | B | Dividend | K | T | | | | | |
| 37. Mutual Fund Stock (Amer. Funds Fundamental Investors) | B | Dividend | K | T | | | | | |
| 38. Mutual Fund Stock (Vanguard 500 Index) | A | Dividend | K | T | | | | | |
| 39. Retirement Plan (Catholic Health Initiatives (CHI)) | C | Interest | L | T | | | | | |
| 40. IRA (500 Index Fund - Vanguard) | A | Dividend | K | T | | | | | |
| 41. IRA (500 Index Fund - Vanguard) | A | Dividend | K | T | | | | | |
| 42. Mutual Fund Stock (Vanguard 500 Index) | A | Dividend | J | T | | | | | |
| 43. Money Market Accounts (Ameriprise) | A | Int./Div. | J | T | | | | | |
| 44. IRA (Columbia Seligman Communications Fund - Ameriprise) | C | Dividend | K | T | | | | | |
| 45. Mutual Fund Stock (Amer. Funds Growth Fund of America) | A | Dividend | J | T | | | | | |
| 46. Roth IRA (Oakmark Equity & Income Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 47. Mutual Fund Stock (Oakmark Equity & Income) | B | Dividend | K | T | | | | | |
| 48. Roth IRA (Oakmark Equity & Inc. Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 49. Mutual Fund Stock (Managers Pimco Bond) n/k/a AMG GW&K Core Bond | A | Dividend | J | T | | | | | |
| 50. Mutual Fund Stock (T. Rowe Price Mid Cap. Value) | B | Dividend | K | T | | | | | |
| 51. Mutual Fund Stock (T. Rowe Price Mid Cap. Value) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mutual Fund Stock (Dodge & Cox Stock) | B | Dividend | K | T | | | | | |
| 53. Mutual Fund Stock (Dodge & Cox Balanced) | B | Dividend | K | T | | | | | |
| 54. Mutual Fund Stock (Dodge & Cox Income) | A | Dividend | K | T | | | | | |
| 55. Roth IRA (Stock Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 56. Roth IRA (Balanced Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 57. Roth IRA (Stock Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 58. Roth IRA (Balanced Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 59. Roth IRA (Columbia Seligman Communications Fund-Ameriprise) | A | Dividend | J | T | | | | | |
| 60. General Electric Stock | A | Dividend | J | T | | | | | |
| 61. IBM Stock | A | Dividend | J | T | | | | | |
| 62. Mutual Fund Stock (Oakmark Global) | A | Dividend | K | T | | | | | |
| 63. Mutual Fund Stock (T Rowe Price Cap. Apprec.) | C | Dividend | K | T | Buy (add'l) | 01/26/15 | J | | |
| 64. Mutual Fund Stock (Selected American) | | None | | | Sold | 01/26/15 | J | A | |
| 65. Mutual Fund Stock (T Rowe Price Media & Telecom) | A | Dividend | K | T | | | | | |
| 66. Mutual Fund Stock (T Rowe Price Spectrum Growth) | | None | | | Sold | 01/26/15 | J | B | |
| 67. Mutual Fund Stock (Amer. Funds Cap. Wld Gr & Inc.) | A | Dividend | J | T | | | | | |
| 68. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Roth IRA (Oakmark Global Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 70. Roth IRA (T Rowe Price Cap Apprec Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 71. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 72. Roth IRA (T Rowe Price Cap Apprec Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 73. Mutual Fund Stock (Oakmark Global) | A | Dividend | J | T | | | | | |
| 74. Mutual Fund Stock (T Rowe Price Cap Apprec) | A | Dividend | J | T | | | | | |
| 75. Pepsico Stock | A | Dividend | J | T | | | | | |
| 76. Mutual Fund Stock (Dodge & Cox Intl Stock) | A | Dividend | K | T | | | | | |
| 77. Mutual Fund Stock (Oakmark Equity & Income) | A | Dividend | J | T | Sold (part) | 01/26/15 | J | A | |
| 78. Mutual Fund Stock (Vanguard Wellington) | B | Dividend | K | T | | | | | |
| 79. Mutual Fund Stock (TCW) | A | Dividend | J | T | | | | | |
| 80. Mutual Fund Stock (Fidelity Govt. Inc.) | A | Dividend | J | T | | | | | |
| 81. Mutual Fund Stock (Vanguard Intermediate-Term Treas.) | A | Dividend | J | T | | | | | |
| 82. Mutual Fund Stock (Harbor Bond) | A | Dividend | J | T | | | | | |
| 83. Mutual Fund Stock (FPA Crescent) | A | Dividend | J | T | | | | | |
| 84. Mutual Fund Stock (Columbia Seligman Communications) | B | Dividend | K | T | | | | | |
| 85. Mutual Fund Stock (Vanguard Wellesley Inc.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mutual Fund Stock (Vanguard Dividend Growth) | A | Dividend | J | T | | | | | |
| 87. Mutual Fund Stock (Vanguard GNMA) | A | Dividend | J | T | | | | | |
| 88. Mutual Fund Stock (FPA Crescent) | A | Dividend | J | T | | | | | |
| 89. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 90. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 91. Common Stock (ALPS Corp.) | | None | K | U | | | | | |
| 92. Roth IRA (Vanguard GNMA - Vanguard) | A | Dividend | J | T | | | | | |
| 93. Modern Woodman (Adjustable Life Insurance) | A | Interest | J | T | | | | | |
| 94. Mutual Fund Stock (AMG Yacktman) | B | Dividend | J | T | | | | | |
| 95. Mutual Fund Stock (Amer. Funds New Perspective) | A | Dividend | J | T | | | | | |
| 96. CHI Retirement Sav.(403(b)) Plan ) (Fidelity Contrafund - Fidelity) | C | Dividend | K | T | | | | | |
| 97. CHI Retirement Sav. (403(b) Plan) (Am. Funds EuroPacific - Fidelity) | | None | K | T | | | | | |
| 98. CHI Retirement Sav. (403(b) Plan) (Vanguard Ext. Mkt. Idx. - Fidelity) | | None | K | T | | | | | |
| 99. CHI Retirement Sav. (403(b) Plan) (Pimco Total Return - Fidelity) | A | Dividend | K | T | | | | | |
| 100. Roth IRA (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 101. Roth IRA (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 102. Mutual Fund Stock (T. Rowe Price Health Sciences) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Avera Retirem't Sav (403(b)) Plan) (FID Freedom 2025 - Fidelity) | A | Dividend | K | T | Buy | Various | J | | |
| 104. Ecliptic LLC | D | Distribution | M | U | | | | | |
| 105. Cash Balance Retirement Plan (Avera) | A | Interest | J | T | | | | | |
| 106. Mutual Fund Stock (T. Rowe Price Capital Apprec.) | A | Dividend | J | T | | | | | |
| 107. Mutual Fund Stock (T. Rowe Price New Horizons) | A | Dividend | J | T | | | | | |
| 108. Mutual Fund Stock (T. Rowe Price Health Sciences) | A | Dividend | J | T | | | | | |
| 109. Mutual Fund Stock (Berwyn Income) | A | Dividend | J | T | | | | | |
| 110. Mutual Fund Stock (Berwyn Income) | A | Dividend | J | T | | | | | |
| 111. IRA (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 112. IRA (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 113. IRA (Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 114. IRA (Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 115. Mutual Fund Stock (Value Line Asset Allocation) | A | Dividend | J | T | Buy | 01/26/15 | J | | |
| 116. Mutual Fund Stock (Vanguard Long Term Investment) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 117. Mutual Fund Stock (Permanent Portfolio) | | None | | | Sold | 01/26/15 | J | A | |
| 118. Mutual Fund Stock (Dodge & Cox Intl.) | A | Dividend | J | T | | | | | |
| 119. Mutual Fund Stock (AMG BW&K Core Bond) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  BankWest Bank Accounts | A | Interest | J | T | | | | | |
| 121.  Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 05/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, pages 4-5, lines 3-29 - These entries make up and replace what was the profit sharing plan and trust named in line 2 of the initial 2015 and prior years' reports and is now the qualified retirement plan of my law firm.

Part VII, page 6, line 43 - The two money market accounts listed in lines 17 and 18 of the 2014 report have been combined in this report.

The mutual fund referred to in Part VII, page 6, line 50 of the 2014 report has been deleted because it is the same as the fund already disclosed in line 64 of this report (a mutual fund that was sold during the reporting period).

The mutual fund named in Part VII, page 7, line 64 of the 2014 report should have been deleted from that report because all, and not part, of that fund was sold on 8/22/14.

The mutual fund named in Part VII, page 8, line 78 of the 2014 report has now been removed because it is duplicative of the fund mentioned in line 84 of this report (line 66 of the prior year's report).

Part VII, page 9, line 92 - This Roth IRA was erroneously referred to as mutual fund stock in line 74 of last year's report.

Part VII, pages 9-10, lines 96-99, 103 - Amended lines 69 and 73 of the original 2015 report.

Part VII, page 9, lines 100-01 (lines 83 and 84 of the 2014 report) - The Roth IRAs identified have been supplemented to reflect that they are both with Ameriprise.

Part VII, page 10, line 117 - This mutual fund, which was sold during the reporting year, should have been included in earlier reports and is different from the fund listed in line 56 of last year's report.

Part VII, page 10, line 118 - This mutual fund was inadvertently left out of prior reports and should have been included in them.

Part VII, page 10, line 119 - This mutual fund too was missed in earlier reports and has been added to this one.

Part VII, page 11, lines 120-21 - These bank accounts should have likewise been disclosed previously because their values exceeded the required amount at the end of the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark A. Moreno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544